IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LYNN TAYLOR,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>　　　　Respondent. | No. C 12-4899 RMW (PR)<br><br>ORDER OF TRANSFER |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings' decision to deny him parole. Petitioner is currently incarcerated at Pleasant Valley State Prison in Coalinga, California, which lies in the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, if the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Here, the Eastern District of California is the district of confinement.

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district of petitioner's confinement. See 28 U.S.C. § 1404(a);

Order of Transfer
G:\PRO-SE\SJ.Rmw\HC.11\Taylor899transf.wpd

1 | Habeas L.R. 2254-3(b)(2). The clerk shall terminate any pending motions and transfer the entire
2 | file to the Eastern District of California.

3 |     IT IS SO ORDERED.
4 | DATED: _____

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JERRY LYNN TAYLOR,

        Plaintiff,

  v.

CALIFORNIA BOARD OF PAROLE et al,

        Defendant.

Case Number: CV12-04899 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry Lynn Taylor CCR #D-05217
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: December 19, 2012

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk